Gary Kurtz, Esq. SBN 128295
**Law Office of Gary Kurtz,** A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364
Telephone: 818-884-8400
Telefax: 818-884-8404
E-Mail: gary@garykurtzlaw.com

Attorneys for Chance E. Gordon
and The Gordon Law Firm, P.C.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>CHANCE E. GORDON, et. al.,<br><br>Defendants. | Case No.: CV12-6147 RSWL(MRWx)<br><br>GORDON DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES OR CLAIMS<br><br>Date: June 17, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 15<br>Hon. Percy Anderson |

///

///



Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

Please take notice that on June 17, 2013, at 1:30 p.m. in the Courtroom of Hon. Percy Anderson, Courtroom 15, located at the United States District Court, 312 N. Spring Street, Los Angeles, California, Defendants Chance E. Gordon and The Gordon Law Firm, P.C., ("the Gordon Defendants") will then and hereby move for summary judgment or, in the alternative for summary adjudication of certain claims and issues raised against them.

This motion is made pursuant to Rule 56, F.R.C.P. and Local Rules 56-1 to 56-3, inclusive. This motion is made following a conference of counsel pursuant to L.R. 7-3, which took place at various times but most recently on May 7, 2013, in person and at a deposition in this matter.

This Motion is based upon this written notice, Defendants' Memorandum of Points and Authorities; the declarations of Gary Kurtz and Chance E. Gordon, and Defendants' Request for Judicial Notice, the complete files and records of this case, and upon such other and further evidence and/or testimony as may be presented to the Court.

Respectfully presented,
**LAW OFFICE OF GARY KURTZ**
A Professional Law Corporation

Dated: May 20, 2013

By: *Gary Kurtz*
Gary Kurtz, Esq. Attorney for
Defendants Chance E. Gordon
and The Gordon Law Firm, P.C.

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

**Certification**

I hereby certify that, on May 20, 2013, a copy of the foregoing GORDON DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES OR CLAIMS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

Dated: May 20, 2013

Gary Kurtz
Gary Kurtz