Gary Kurtz, Esq. SBN 128295
**Law Office of Gary Kurtz,** A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364
Telephone: 818-884-8400
Telefax: 818-884-8404
E-Mail: gary@garykurtzlaw.com

Attorneys for Chance E. Gordon
and The Gordon Law Firm, P.C.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

CHANCE E. GORDON, et. al.,

Defendants.

Case No.: CV12-6147 RSWL(MRWx)

REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES OR CLAIMS

Date: June 17, 2013
Time: 1:30 p.m.
Place: Courtroom 15
Hon. Percy Anderson

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

**REQUEST TO TAKE JUDICIAL NOTICE**

Pursuant to Rule 201, Federal Rules of Evidence, Defendants Chance E. Gordon and The Gordon Law Firm, P.C., request that this Court take Judicial Notice of the following two documents:

1. July 15, 2011 report of the Office of Inspector General, which was entitled "Review of CFPB Implementation Planning Activities." A true and correct copy is attached hereto as Exhibit "E;"

2. New York Times Article, January 4, 2012. A true and correct copy is attached hereto as Exhibit "F;" and

3. The CFPB's director is Richard Cordray, who was appointed by President Obama on January 4, 2012 without Senate confirmation.

Respectfully presented,

**LAW OFFICE OF GARY KURTZ**
A Professional Law Corporation

Dated: May 20, 2013

By: *Gary Kurtz*
Gary Kurtz, Esq. Attorney for Defendants Chance E. Gordon and The Gordon Law Firm, P.C.

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

# Exhibit "E"

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

# Exhibit "F"

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

**Certification**

I hereby certify that, on May 20, 2013, a copy of the foregoing REQUEST TO TAKE JUDICIAL NOTICE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

Dated: May 20, 2013

Gary Kurtz
Gary Kurtz