KENT MARKUS, OH Bar #16005
Enforcement Director
LAURA SCHNEIDER, NY Bar #2715449
(Phone: 202-435-7311)
(Email: Laura.Schneider@cfpb.gov)
CRYSTAL R. SUMNER, CA Bar #261435
(Phone: 202-435-7549)
(Email: Crystal.Sumner@cfpb.gov)
JAMES MEADE, DC Bar #414732
(Phone: 202-435-9202)
(Email: James.Meade@cfpb.gov)
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

KENT KAWAKAMI, CA Bar # 149803 – Local Counsel
(Phone: 213-894-4858)
(Email: Kent.Kawakami@usdoj.gov)
United States Attorney's Office
Central District of California - Civil Division
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Fax: (213) 894-2380

Attorneys for Plaintiff
Consumer Financial Protection Bureau

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Chance Edward Gordon, et al.,<br><br>Defendants. | Case No. CV12-6147-RSWL-MRW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF THE ISSUES AGAINST DEFENDANTS CHANCE EDWARD GORDON AND THE GORDON LAW FIRM, P.C.**<br><br>**[MEMORANDUM OF POINTS** |

**AND AUTHORITIES, WITNESS DECLARATIONS AND EXHIBITS, AND DECLARATION OF COUNSEL FILED SEPARATELY]**

**Date: June 17, 2013**
**Time: 1:30 p.m.**
**Place: Courtroom 15**
**Hon. Percy Anderson**

PLEASE TAKE NOTICE that on June 17, 2013, commencing at 1:30 p.m., or as soon thereafter as the parties may be heard before United States District Judge Percy Anderson, in Courtroom 15 of the United States Courthouse located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff Consumer Financial Protection Bureau ("Bureau") will and does hereby move the Court for an order of summary judgment, or in the alternative for summary adjudication of issues, in favor of Plaintiff and against Defendants Chance Edward Gordon and The Gordon Law Firm, P.C. ("Gordon Defendants").

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place in person on May 7, 2013, as set forth in the accompanying Declaration of Laura Schneider, filed concurrently herewith.

This Motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points; the discovery conducted in this case, including depositions lodged with this court, the declarations and exhibits filed in support thereof; the pleadings, records and files of this case, and upon such other and further oral and documentary evidence and arguments of counsel as may be presented to the Court.

Dated: May 20, 2013

Respectfully Submitted,

Kent Markus
Enforcement Director

x Laura Schneider .
Laura Schneider
Crystal R. Sumner
James Meade

Attorneys for Plaintiff
Consumer Financial Protection Bureau