# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-6147 RSWL (MRWx) | Date | May 28, 2013 |
| Title | Consumer Financial Protection Bureau v. Chance Gordon, et al. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS — COURT ORDER

The Court has reviewed the parties' Joint Stipulation to Extend Time to Respond to Motions for Summary Judgment (Docket No. 162). The Court grants the Stipulation. The parties' Oppositions to the cross-motions for summary judgment shall be filed no later than June 3, 2013, and the Replies shall be filed no later than June 10, 2013. The Court will notify the parties of the date for the hearing on the motions, if any, after it reviews the Oppositions. Absent further order from the Court, the hearing remains on the Court's calendar for June 17, 2013, at 1:30 p.m.

IT IS SO ORDERED.