Gary Kurtz, Esq. SBN 128295
**Law Office of Gary Kurtz,** A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364
Telephone: 818-884-8400
Telefax: 818-884-8404
E-Mail: gary@garykurtzlaw.com

Attorneys for Chance E. Gordon
and The Gordon Law Firm, P.C.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>CHANCE E. GORDON, et. al.,<br><br>Defendants. | Case No.: CV12-6147 RSWL(MRWx)<br><br>NOTICE OF ERATTA RE DECLARATION OF CHANCE GORDON IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION<br><br>Date: June 17, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 15<br>Hon. Percy Anderson |

///

///



Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

**Please take notice** of the attached documents, which are Exhibit "C" to Mr. Gordon's declaration. By way of explanation, the complete declaration, with exhibits, was uploaded by Counsel before leaving his office. At home, counsel noticed that there was no confirming email for the declaration. A copy of the declaration and signature page were available because they were in emails, but the exhibit was not readily available. Accordingly, the declaration was uploaded by counsel, from home, without the exhibits.

The Gordon defendants request that the Court accept and consider the Exhibit "C" attached hereto. The pages of this Exhibit were derived from emails made available to Plaintiff, so there would be no prejudice.

Respectfully presented,
**LAW OFFICE OF GARY KURTZ**
A Professional Law Corporation

Dated: June 4, 2013

By: *Gary Kurtz*

Gary Kurtz, Esq. Attorney for Defendants Chance E. Gordon and The Gordon Law Firm, P.C.

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

**Certification**

I hereby certify that, on May 20, 2013, a copy of the foregoing Notice of Eratta re: Opposition to Plaintiff's Motion for Summary Judgement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

Dated: June 4, 2013 Gary Kurtz

Gary Kurtz