Gary Kurtz, Esq. SBN 128295
**Law Office of Gary Kurtz,** A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364
Telephone: 818-884-8400
Telefax: 818-884-8404
E-Mail: gary@garykurtzlaw.com

Attorneys for Chance E. Gordon
and The Gordon Law Firm, P.C.

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Chance Gordon, et. al.,<br><br>Defendants. | Case No. CV12-6147-RSWL (MRWx)<br><br>JOINT STIPULATION TO MOVE SUMMARY JUDGMENT HEARING DATE FROM JUNE 17, 2013 TO JUNE 24, 2013<br><br>Hon. Percy Anderson<br>Courtroom 15<br>Summary Judgment Hearing Date:<br>June 17, 2013, 1:30 p.m.<br>Trial Date: August 20, 2013 |

Plaintiff Consumer Financial Protection Bureau ("CFPB" or "Bureau") and Defendants Chance Edward Gordon and The Gordon Law Firm, P.C. ("Gordon Defendants") hereby jointly submit this Joint Stipulation to Move the Summary Judgment Hearing Date one week from June 17, 2013 to June 24, 2013.

Presently, the hearing on the parties' summary judgment motions is calendared for June 17, 2013. Due to scheduling conflicts, including family obligations and difficult travel arrangements, the parties have stipulated and seek

Law Office of Gary Kurtz, A P.L.C.
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364

the Court's approval to move any hearing that the Court may hold on the summary judgment motions by one week from June 17, 2013 to June 24, 2013–the following Monday. This would not affect any other dates in the Court's Scheduling Order.

Respectfully Submitted,

Dated: June 5, 2013

/s/ Gary Kurtz .
Gary Kurtz, Esq.
Attorney for Defendants Chance Edward Gordon and The Gordon Law Firm, P.C.,

Dated: June 5, 2013

/s/ Laura Schneider
Laura Schneider
(Phone: 202-435-7311)
(Email: Laura.Schneider@cfpb.gov)
Crystal R. Sumner
(Phone: 202-435-7549)
(Email: Crystal.Sumner@cfpb.gov)
James Meade
(Phone: 202-435-9202)
(Email: James.Meade@cfpb.gov)
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Fax: 202-435-7722

Attorneys for Plaintiff
Consumer Financial Protection Bureau

## Certification

I hereby certify that, on June 5, 2013, a copy of the foregoing **Joint Stipulation To Move Summary Judgment Hearing Date From June 17, 2013 To June 24, 2013** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

Dated: June 5, 2013

______Gary Kurtz________
Gary Kurtz